S. P. BEECHER, Appellant,

v.

LEAVENWORTH STATE BANK, Federal Land Bank of Spokane, Lyle Timpe, Ben Maxwell, Leavenworth Fruit Co., Homer Smithson, John McCoy, Appellees.

Nos. 10391–14224.

United States Court of Appeals, Ninth Circuit.

Jan. 3, 1955.

See, also, 9 Cir., 214 F.2d 114.

Before DENMAN, Chief Judge, and BONE and ORR, Circuit Judges.

v.

LEAVENWORTH STATE BANK, Federal Land Bank of Spokane, Homer Smithson, John McCoy, Lyle Timpe, Ben Maxwell, Leavenworth Fruit Company, and Stanley D. Taylor, Clerk of Court, Appellees.

Nos. 10391–14224.

United States Court of Appeals, Ninth Circuit.

Jan. 3, 1955.

See, also, 9 Cir., 214 F.2d 114.

Before DENMAN, Chief Judge, and BONE and ORR, Circuit Judges.

PER CURIAM.

Beecher's above entitled motion seeks to have brought to this court the entire record of the Beecher litigation which encompasses nearly sixteen years[1] in connection with an appeal Beecher now has pending from an order of the United States District Court for the Eastern District of Washington refusing to reconsider claims.

The motion is denied.

---

1. See Beecher v. Smithson, 9 Cir., 217 F.2d 304.